**Tara McDowell**

**From:** Tara McDowell
**Sent:** March 20, 2017 1:51 PM
**To:** Tara McDowell
**Subject:** RE: Sean Thomas v. Mars, Inc., et al.

**From:** Charles Krikawa [mailto:CKrikawa@GoldbergFinnegan.com]
**Sent:** Thursday, February 09, 2017 3:08 PM
**To:** Rod R. Barnes <rbarnes@rsrm.com>
**Cc:** Liset Lopez <LLopez@GoldbergFinnegan.com>
**Subject:** RE: Sean Thomas v. Mars, Inc., et al.

Rod,

Thank for the courtesy of the telephone call and confirming email. The only expert I have is the treating dentist. I will my non-expert expert statement. Also, if you could give me until February 22, 2017 to get you the discovery responses I would be most appreciate. I will be in touch to set up the production of the items for your experts to review.

Are you available to chat by phone on Monday, if you are in, or Tuesday if not?

Thank you again.

Charles

**From:** Rod R. Barnes [mailto:rbarnes@rsrm.com]
**Sent:** Thursday, February 09, 2017 2:57 PM
**To:** Charles Krikawa
**Subject:** Sean Thomas v. Mars, Inc., et al.

Charles,

I am writing to follow up on the voice mail that I left at your new office this morning. The Plaintiff's Answers to our Interrogatories and Responses to Requests for Production of Documents were due to be filed on or about January 13, 2017. I have not received any responses, Objections, Protective Orders, or a request for an extension. As you know, Defendants are required to identify their rebuttal experts on February 21, 2017. This will be impossible if you have not produced any documents, discovery responses, or the screw in issue, candy bar, and wrapper to be examined by my experts. Please provide me with the requested discovery within 5 business days of this date. I will be forced to enlist the aid of the Court if I do not hear from you before that date.

Thank you,

Rod

Roderick R. Barnes, Principal

1

Rollins, Smalkin, Richards & Mackie, LLC
401 North Charles Street
Baltimore, Maryland 21201
T: (410) 727-2443
F: (410) 727-4497
Cell: (410)615-1911
rbarnes@rsrm.com
Website – Blog – Facebook – Twitter



*The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. The review, dissemination, distribution or copying of this communication to anyone other than the intended addressee is strictly prohibited. If you have received this message in error, promptly notify the sender by return e-mail and permanently delete this message from your computer. Thank you.*

 Please consider the environment before printing this email