## Rod R. Barnes

**From:** Charles Krikawa <CKrikawa@GoldbergFinnegan.com>
**Sent:** Friday, March 24, 2017 1:05 PM
**To:** Rod R. Barnes
**Subject:** RE: Thomas v. Mars, Incorporated, et al.

Rod,

Please email your discovery requests in word format and I will have responses to you by the end of next week. I would certainly consent to a 30-60 day extension of time to complete discovery if you are inclined to file a motion. Please let me know.

Thanks.

Charlie

**From:** Rod R. Barnes [mailto:rbarnes@rsrm.com]
**Sent:** Friday, March 24, 2017 11:48 AM
**To:** Charles Krikawa
**Cc:** Aguirre, Samir A.
**Subject:** Thomas v. Mars, Incorporated, et al.

Charles,

Pursuant to the Local Rule 104 and Fed Rule 37(a), I have attached a copy of a Discovery Motion that we intend to file with the Court if we cannot resolve this discovery dispute. Please contact me on Monday, March 27, 2017 at 1:30 p.m. to confer regarding this matter. If we cannot resolve the dispute at that time, then the Motion will be filed. We have a discovery deadline of April 6, 2017 in this case and your failure to cooperate in our discovery requests had prejudiced our ability to mount a defense in this case.

Thank you,

Roderick R. Barnes, Principal
Rollins, Smalkin, Richards & Mackie, LLC
401 North Charles Street
Baltimore, Maryland 21201
T: (410) 727-2443
F: (410) 727-4497
Cell: (410)615-1911
rbarnes@rsrm.com
Website - Blog - Facebook - Twitter



*The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. The review, dissemination, distribution or copying of this communication to anyone other than the intended addressee is strictly prohibited. If you have received this message in error, promptly notify the sender by return e-mail and permanently delete this message from your computer. Thank you.*

 Please consider the environment before printing this email